# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 28 2013

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. **13-1155 SKG**
 )
LG Rumor Touch Cell Phone, Model: VM510, )
s/n: 104KPPB0592424 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A2

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B2

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
  x  evidence of a crime;
  x  contraband, fruits of crime, or other items illegally possessed;
  x  property designed for use, intended for use, or used in committing a crime;
  ☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution and Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:
See Attached Affidavit

  x  Continued on the attached sheet.
  ☐  Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Rachel S. Corn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/13/13

*Judge's signature*

City and state: Baltimore, Maryland

Susan A. Gauvy, U.S. Magistrate Judge
*Printed name and title*